IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICHOLAS WARNER JONES #171785
    Plaintiff                             :

       v.                        :   CIVIL ACTION NO. L-97-350

THOMAS CORCORAN, *et al.*        :
    Defendants

## **ORDER**

On January 7, 1998, the Court granted summary judgment in favor of Defendants in this civil rights action. (Docket No. 34). In June 1998, the United States Court of Appeals for the Fourth Circuit affirmed the Court's ruling. See <u>Jones v. Corcoran, et al.</u>, No. 98-6111 (June 2, 1998) (unpublished).

More than seven years later, Plaintiff now moves the Court to reconsider its summary judgment decision, re-open the case, or, alternatively, refund all district and appellate filing fees that Plaintiff paid in connection with the case. (Docket No. 40). Plaintiff seemingly contends that due process required the matter to proceed to a hearing. Without providing supporting facts, he further argues that his constitutional rights have been violated as a result of the judgment entered against him.

The time for seeking reconsideration in this matter has long passed. Moreover, Plaintiff presents no basis to re-open this case and no rationale for refund of his filing fees. To the extent that Plaintiff contends that his civil rights have been violated, he may file an appropriate action in this Court. If he wishes to attack his criminal conviction, he may file an appropriate application for habeas corpus review.

For the foregoing reasons, the Court DENIES Plaintiff's Motion for Reconsideration.

It is so ORDERED this 22nd day of November, 2005.

                                                                       /s/
                                           Benson Everett Legg
                                           Chief Judge